**No. 59478.**—Glazer Steel Corp. *v.* United States, protest 207616–K/14173 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel strips similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.